**Order entered April 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00787-CV

## IN THE INTEREST OF  M.H.A, AND Z.H.A., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53533-2018**

## ORDER

Before the Court is appellant's April 14, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by April 21, 2021.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE